1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RYAN BRICKER (State Bar No. 269100)
3  Two Embarcadero Center, 8th Floor
   San Francisco, CA  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email: ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com,
            rbricker@kilpatricktownsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8                          UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,                  | Case No. CV 13-05670 PJH
12 |         Plaintiff,                   |
13 |     v.                               | **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST DEFENDANT**
14 | 509, INC.,                           |
15 |         Defendant.                   |

16

17

18        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Levi Strauss & Co. voluntarily seeks to dismiss

19 with prejudice its claims in this Action in accordance with the terms of a settlement agreement

20 between the parties.

21
   DATED:  August 29, 2014            KILPATRICK TOWNSEND & STOCKTON LLP
22

23
                                      By: */s/ Ryan Bricker*
24                                        GREGORY S. GILCHRIST
                                          GIA L. CINCONE
25                                        RYAN BRICKER

26                                    Attorneys for Plaintiff
                                      LEVI STRAUSS & CO.
27

28

REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
CASE NO. 13-05670 PJH                                                                    - 1 -

1      IT IS SO ORDERED.

2      Dated: "Cwi wuv'4; ."4236

_____
Hon. Phyllis J. Hamilton
United States District Judge

REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
CASE NO. 13-05670 PJH                                                                                         - 2 -